IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Simmons, Mona

Printed: 10/14/08

Case Number: 07 B 18177
Judge: Goldgar, A. Benjamin
Filed: 10/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 2, 2008
Confirmed: November 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,050.00 |  |
| Secured: |  | 1,427.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,331.50 |
| Trustee Fee: |  | 291.40 |
| Other Funds: |  | 0.00 |
| Totals: | 5,050.00 | 5,050.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,331.50 | 3,331.50 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 6,556.53 | 677.18 |
| 5. | Fountain Hills Of Orland Park | Secured | 2,810.00 | 290.23 |
| 6. | Citi Residential Lending Inc | Secured | 24,936.80 | 459.69 |
| 7. | Partners Financial Services | Unsecured | 0.00 | 0.00 |
| 8. | Partners Financial Services | Unsecured | 2,790.42 | 0.00 |
| 9. | ER Solutions | Unsecured | 371.96 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 1,635.87 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 3,419.57 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 3,919.80 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 370.00 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 290.04 | 0.00 |
| 15. | Federated Retail Holdings Inc | Unsecured | 209.12 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
| 17. | Viking Collection | Unsecured |  | No Claim Filed |
| 18. | Village Of Orland Park | Unsecured |  | No Claim Filed |
| 19. | Washington Mutual Providian | Unsecured |  | No Claim Filed |
|  |  |  | $ 50,641.61 | $ 4,758.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 180.90 |
| 6.5% | 110.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Simmons, Mona

Printed:  10/14/08

Case Number:  07 B 18177
Judge:  Goldgar, A. Benjamin
Filed:  10/4/07

_____
$ 291.40

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

